UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:  Case No. 23-30097-KKS
Chapter 13 (I)

Ryan Eugene Moore,

      Debtor.

_____/

## NOTICE OF OBJECTION TO CLAIM NO. 5
## PURSUANT TO NEGATIVE NOTICE

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

    Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the proof of services plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).
    If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301 and serve a copy on the movant's attorney, Martin S. Lewis, Lewis & Jurnovoy, P.A., 1100 North Palafox Street, Pensacola, FL 32501, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    Comes now the Debtor by and through the undersigned attorney and objects to the following claim, pursuant to 11 USC § 502(b)(1) ) the claim is legally unenforceable against the debtor because it is beyond the statute of limitations. The Claim should be disallowed in its entirety.

| Claim No. | Name of Claimant | Attorney for Creditor | Date Claim Filed | Account No. on Claim | Amount of Claim |
|---|---|---|---|---|---|
| 5 | LVNV Funding, LLC | | 3/9/2023 | 0199 | $1,156.23 |

_____
Martin S. Lewis, FL Bar No. 0100587
Steven D. Jurnovoy, FL Bar No. 938221
Attorney for Debtor

I HEREBY CERTIFY that I have served a copy of the foregoing Objection, by first class mail, postage prepaid on said creditor: LVNV Funding, LLC, c/o Resurgent Capital Services, Attn: Officer, PO Box 10587, Greenville, SC 29603 and by electronic email on Leigh A. Duncan, Chapter 13 Trustee; ldhdock@earthlink.net on this the 6th day of June 2023.

_____
Martin S. Lewis, Esq.
Steven D. Jurnovoy, Esq.
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
Telephone: (850) 432-9110
Facsimile: (850) 433-8794
Email: landj@lewisandjurnovoy.com

2